05-15-01233-CV

ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/9/2015 12:26:29 AM
LISA MATZ
CLERK

Bridgette Vation

NO. **13-17788**

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **LISA BELCASTRO** | § | **255TH JUDICIAL DISTRICT** |
| **AND** | § | |
| **RICHARD BELCASTRO** | § | **DALLAS COUNTY, TEXAS** |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/9/2015 12:26:29 AM
LISA MATZ
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Richard Belcastro, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The judgment or order appealed from was signed on July 21, 2015.

3.      Richard Belcastro desires to appeal from: The court's division of property and findings of fact supporting the trial Court's disproportionate division of assets. He also desires to appeal from the failure of the court to grant the motion seeking a new trial.

4.      This appeal is being taken to the Fifth Court of Appeals.

5.      This notice is being filed by Richard Belcastro

Respectfully submitted,

MARK LIEBERMAN
1704 Pine Hills Ln
Corinth, Tx 76210
Tel: (817) 905-3772
Fax: (469) 385-8823

By:/S/ Mark J. Lieberman
     Mark Lieberman
     State Bar No. 12332520
     MJC358@Hotmail.com
     Attorney for Richard Belcastro

# Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:   Lisa Belcastro

Lead attorney:   Jim R Ross

Address of service:   2301 E/ :a,ar b;VD. Ste/ 175, Arlington, Tx 76006

E-mail Address:   familylaw@jimrosslaw.com

Method of service:   by electronic service

Date of service:   _10/06/2015_____

/S/ Mark J. Lieberman_____
Mark Lieberman
Attorney for Respondent